UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

FRANK MANFRED II.

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, FRANK MANFRED II, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NATIONAL ASSET RECOVERY SERVICES, INC., is a professional corporation and citizen of the State of Missouri with its principal place of business at Suite 300, 16253 Swingley Ridge, Chesterfield, Missouri 63017.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> October 20, 2009 at 6:11 PM – Pre-Recorded Messages
> Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

<u>October 21, 2009 at 8:53 AM</u>
Hi, this message is for Frank, I need you to give me a call back at 1-866-234-6833, my extension 1155, Thank you.

<u>October 21, 2009 at 8:54 AM</u>
Hi, this message is for Frank, I do you to return my phone call 1-866-234-6833, my extension 1155, Thank you.

<u>October 25, 2009 at 9:34 AM – PRE-RECORDED MESSAGE</u>
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

<u>October 26, 2009 at 9:34 AM – PRE-RECORDED MESSAGE</u>
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

<u>October 27, 2009 at 4:40 PM – PRE-RECORDED MESSAGE</u>
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

<u>October 28, 2009 at 9:41 AM – PRE-RECORDED MESSAGE</u>
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are

Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

October 29, 2009 at 4:19 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 3, 2009 at 7:04 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 4, 2009 at 12:39 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 6, 2009 at 11:23 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 9, 2009 at 2:13 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 10, 2009 at 4:14 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 12, 2009 at 3:56 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 13, 2009 at 11:43 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 16, 2009 at 3:53 PM – PRE-RECORDED MESSAGE

Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 17, 2009 at 3:51 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 18, 2009 at 7:28 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

November 30, 2009 at 10:43 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

December 12, 2009 at 10:30 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National

Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

December 21, 2009 at 3:35 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

December 30, 2009 at 12:32 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

January 14, 2009 at 12:04 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

February 3, 2010 at 2:59 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

March 11, 2010 at 11:47 AM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

April 13, 2010 at 4:52 PM  – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

June 8, 2010 at 4:38 PM – PRE-RECORDED MESSAGE
Hello this message is for Frank Manfred, if you are not Frank Manfred please hang up now, or if this message has been recorded please stop at this point. By continuing to listen to this message you acknowledge that you are Frank Manfred, this is not a solicitation call, this message is from National Asset Recovery Services, a debt collector attempting to collect a debt and any information obtain will be used for that purpose. Please contact us at 866-234-6833 thank you for your cooperation, good bye.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

8

14. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15. Defendant willfully or knowingly violated the TCPA.

### COUNT I
### TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

16. Plaintiff incorporates Paragraphs 1 through 15.

17. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N.. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

### COUNT II

## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

18. Plaintiff incorporates Paragraphs 1 through 15.

19. Defendant asserted the right to collect a debt by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9). See *Cliff v Payco General American Credits, Inc.,* 363 F.3d 1113, 1126 (11th Circuit 2004) (citing Kaplan v Assetcare, Inc., 88 F.Supp.2d 1355, 1363 (S.D. Fla. 2000)) and *Gaalswyk-Knetzke v The Receivable Management Services Corporation*, Case No.: 8:08-cv-493-T-26TGW, 2008 U.S. Dist. LEXIS 44152 (M.D. Fla. May 27, 2008), (holding that with respect to determining what constitutes a misrepresentation of a legal right under section 559.72(9), the court must "refer to other statutes that establish the legitimacy of a debt and define legal rights").

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit;

      c.    declaring that Defendant's practices violate the FCCPA;

      d.    permanently injoining Defendant from engaging in the complained of practices; and

      e.      Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20. Plaintiff incorporates Paragraphs 1 through 15.

21. By using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

22. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      declaring that Defendant's practices violate the FCCPA;

      d.      permanently injoining Defendant from engaging in the complained of practices; and

      e.      Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

23. Plaintiff incorporates Paragraphs 1 through 15.

24. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

                By: s/ Donald A. Yarbrough
                    Donald A. Yarbrough, Esq.
                    Florida Bar No. 0158658